**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00419-CV**
_____

**JOSE TREVINO AND YOLANDA TREVINO, Appellants**

**V.**

**CEDRIC IVORY AND JANICE IVORY, Appellees**

---

**On Appeal from the 258th District Court**
**San Jacinto County, Texas**
**Trial Cause No. CV16776**

---

**MEMORANDUM OPINION**

On August 28, 2024, the trial court signed a final judgment in Trial Cause Number CV16776. Appellants Jose Trevino and Yolanda Trevino timely filed a notice of appeal. *See* Tex. R. App. P. 26.1(a)(1). Upon receiving the notice of appeal from Appellants, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. *See id*. 5. By letter dated January 6, 2025, we notified the parties that Appellants had not paid the filing fee as directed in our letter and Bill of Costs previously forwarded to Appellants. A Certified Bill of Costs for the filing fee was

1

enclosed and provided to Appellants. We also warned Appellants that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Tuesday, January 21, 2025. *See id*. 42.3(c). As of this date, Appellants have failed to pay the filing fee as directed by this Court.

On January 2, 2025, we notified the parties that the appeal would be dismissed for want of prosecution unless Appellants established that they had made the arrangements required to pay the fee for the clerk's record or that they needed more time to do so. *See id*. 37.3(b). After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

Because Appellants have not paid the filing fee for the appeal nor have they explained why they have not paid the fee for the clerk's record, we dismiss the appeal for want of prosecution. *See id*. 5, 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 19, 2025
Opinion Delivered February 20, 2025

Before Golemon, C.J., Johnson and Wright, JJ.

2